UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH DUBOIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-776** |
| **ELEVATING BOATS, L.L.C.** | **SECTION "R"(5)** |

## JUDGMENT OF DISMISSAL

Considering the Plaintiff's Motion for Dismissal and the parties' settlement of the claims asserted herein,

**IT IS ORDERED, ADJUGED, AND DECREED** that all of the claims, demands and causes of action asserted in this matter by Keith Dubois be and are hereby dismissed with prejudice, with each party to bear their own costs.

New Orleans, Louisiana this \_\_\_23rd\_\_\_ day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE